1  STEVEN W. MYHRE
   Acting United States Attorney
2  ROBERT A. KNIEF
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Telephone: (702) 388-6336
   Email: Robert.Knief@usdoj.gov
5  *Counsel for Plaintiff United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AND ORDER AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING AND REMOVAL OF A MOBILE TRACKING DEVICE ON A SILVER 2003 MERCEDES BENZ SEDAN BEARING VEHICLE IDENTIFICATION NUMBER (VIN) WDBUF70J63A141606 AND NEVADA LICENSE PLATE NUMBER 449XRT | 2:16-mj-0305-NJK<br><br>**MOTION TO UNSEAL** |

The United States of America by and through Steven W. Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, respectfully moves this Court to unseal all documents in the above-captioned matter.

The investigation of this matter is complete and all defendants have been arrested. One defendant has filed a motion to suppress regarding the captioned Target Vehicle and inclusion of the documents associated with the issued tracking

warrant would allow the reviewing Courts to receive a full and complete factual background of this investigation.

Dated this 5th day of July, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

ROBERT KNIEF
Assistant United States Attorney

The Government's motion is hereby Granted.

SO ORDERED:

_____
NANCY J. KOPPE
United States Magistrate Judge

Dated: 7/6/2017